## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

| | |
|---|---|
| CHASTIDI CORREA,<br>an individual, | )<br>)<br>) |
| Plaintiff, | )  CASE NO. 16-61780-CIV-DIMITROULEAS |
| vs. | )<br>)<br>) |
| BAER'S FURNITURE CO., INC.,<br>a Florida Corporation, | )<br>)<br>) |
| Defendant. | )<br>) |

## JOINT NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that the parties to this action have reached an agreement regarding all substantive issues in dispute. The parties are currently reducing their agreement to writing. The parties anticipate filing a dismissal within ten (10) days once all parties execute the agreement. The parties further request that the Court adjourn all upcoming hearings and deadlines.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Louis Mussman | /s/ Jessica B. Jackler |
| Louis Mussman, Esq. | Jessica B. Jackler, Esq. |
| Florida Bar No. 597155 | Florida Bar No. 65707 |
| Louis@kumussman.com | Jessica.jackler@jacksonlewis.com |
| Brian T. Ku, Esq. | David E. Block, Esq. |
| Florida No. 610461 | Florida Bar No. 108820 |
| brian@kumussman.com | david.block @jacksonlewis.com |
| Ku& Mussman, P.A. | JACKSON LEWIS P.C. |
| 6001 NW 153rd Street, Suite 100 | One Biscayne Tower, Suite 3500 |
| Miami, Florida 33014 | 2 South Biscayne Boulevard |
| Tel: (305) 891-1322 | Miami, Florida 33131 |
| Fax: (305) 891-4512 | Tel: (305) 577-7600 |
| *Attorneys for Plaintiff* | Fax: (305) 373-4466 |
| | *Attorneys for Defendant* |

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of September, 2016, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic and a true and correct copy has been furnished via U.S. Mail to the following:

Jessica B. Jackler, Esq.
David E. Block, Esq.
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131

/s/ Louis Mussman
Louis Mussman, Esq.