UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 16-61780-CIV-DIMITROULEAS

CHASTIDI CORREA,

    Plaintiff,

v.

BAER'S FURNITURE COMPANY, INC., a Florida Corporation,

    Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE AGAINST DEFENDANT, BAER'S FURNITURE COMPANY, INC.

    Plaintiff and Defendant, Baer's Furniture Company, Inc. (the "Parties"), hereby stipulate that (1) the Parties have settled this action; (2) Plaintiff voluntarily dismiss this action *with prejudice* against Baer's Furniture Company, Inc.; (3) the Parties shall bear its or her own costs and fees except as provided for in the Parties' Settlement Agreement; and (4) the Court shall retain jurisdiction to enforce the terms of the Parties' Settlement Agreement.

Respectfully submitted,

| **KU & MUSSMAN, P.A.** | **JACKSON LEWIS P.C.** |
|---|---|
| */s/ Louis Mussman* | */s/ David A. Block* |
| Louis Mussman, Esq. (FBN 597155) | David A. Block, Esq. (FBN 108820) |
| *louis@kumussman.com* | *David.block@jacksonlewis.com* |
| 6001 NW 153rd Street, Suite 100 | One Biscayne Tower, Suite 3500 |
| Miami Lakes, Florida 33014 | Two South Biscayne Boulevard |
| Telephone: (305) 891-1322 | Miami, Florida 33131 |
| Facsimile: (305) 891-4512 | Telephone: (305) 577-7600 |
|  | Facsimile: (305) 373-4466 |
| *Counsel for Plaintiff Chastidi Correa* | *Counsel for Defendant Baer's Furniture Company, Inc.* |

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 13th day of September, 2016, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send notice of electronic and a true and correct copy has been furnished via U.S. Mail to the following:

Jessica B. Jackler, Esq.
David E. Block, Esq.
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131

                /s/ Louis Mussman
                Louis Mussman, Esq.