UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-61780-CIV-DIMITROULEAS

CHASTIDI CORREA,

    Plaintiff,

vs.

BAER'S FURNITURE COMPANY, INC., a
Florida Corporation,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court on the Stipulation of Dismissal With Prejudice [DE 15] (the "Stipulation"), filed herein on September 13, 2016. The Court has carefully considered the Stipulation, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [DE 15] is hereby **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 13th day of September, 2016.

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies furnished to:
Counsel of record